FRANK RAVOLD, Respondent, v. HENRY HAMM. Defendant. LOUISE J. HAMM, as Administratrix, etc., Appellant.—Judgment affirmed, with

costs. In case the judgment and costs should be paid, the judgment creditor should convey the lots to the heirs-at-law of Hamm, deceased. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.